**ARIAS SANGUINETTI WANG & TORRIJOS. LLP**
Elise R. Sanguinetti, Esq. (SBN 191389)
elise@aswtlawyers.com  2200 Powell Street, Suite 740
Emeryville, CA 94608
Telephone:  (510) 629-4877
Facsimile:  (510) 291-9742

**PAYNE MITCHELL RAMSEY LAW GROUP**
James L. Mitchell, Esq. (admitted pro hac vice) jim@paynemitchell.com
Andrew S. Bullard, Esq. (admitted pro hac vice) abullard@paynemitchell.com
3500 Maple Avenue, Suite 1250
Dallas, TX 75219
Telephone:  (214) 252-1888
Facsimile:  (214) 252-1889
Attorneys for Plaintiff

**KLEIN THOMAS LEE & FRESARD**
Anthony S. Thomas (SBN 149284)
Tony.Thomas@kleinthomaslaw.com
Melissa P. Wilner (SBN 320550)
Melissa.wilner@kleinthomaslaw.com
1920 Main Street, Suite 230
Irvine, CA 92614
Telephone: (310) 424-4009
Attorney for Defendant

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| **KATIE FIERRO,**<br><br>    Plaintiff,<br><br>v.<br><br>**FCA US LLC,**<br><br>    Defendant. | CASE NO.:  5:23-CV-00398-SSS- DTBx<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Katie Fierro ("Plaintiff") and Defendant FCA US LLC ("Defendant") (Plaintiff and Defendant collectively referred to as the "Parties") file this Joint Stipulation of Dismissal with Prejudice ("Joint Stipulation"), and respectfully state as follows:

Page 1

**JOINT STIPULATION OF DISMISSAL**

**I.**

On March 8, 2023 Plaintiff filed her Original Complaint in the United States District Court for the Central District of California, Eastern Division, Cause Number 5:23−cv−00398−SSS−KK (the "Action"). The Parties have entered into a settlement agreement. Accordingly, the Parties file this Joint Stipulation of Dismissal with Prejudice. Plaintiff and Defendant **HEREBY STIPULATE, AGREE, ACKNOWLEDGE AND AFFIRM** that:

1. Plaintiff seeks and requests the immediate dismissal with prejudice of all of her claims or potential claims against the Defendant;
2. Defendant does not oppose the dismissal with prejudice of all of Plaintiff's claims or potential claims against it; and
3. This Joint Stipulation is made voluntarily and freely, without any coercion or duress in any manner, and prepared jointly by the Parties.

**II.**

WHEREFORE, the Parties respectfully request dismissal of all of Plaintiff's claims in this lawsuit with prejudice, with each party to bear its own costs and expenses. The Parties proposed *Agreed Order of Dismissal with Prejudice and Final Judgment* is attached hereto as Attachment A.

Respectfully submitted,

Dated: April 23, 2024

**ARIAS SANGUINETTI WANG & TORRIJOS. LLP**

*/s/ Elise R. Sanguinetti*
Elise R. Sanguinetti, Esq.
Attorney for Plaintiff,
**KATIE FIERRO**

Dated: April 23, 2024

**PAYNE MITCHELL RAMSEY LAW GROUP**

*/s/ James L. Mitchell*
James L. Mitchell, Esq.
Attorney for Plaintiff,
**KATIE FIERRO**

**JOINT STIPULATION OF DISMISSAL**

Case 5:23-cv-00398-SSS-DTB   Document 38   Filed 04/23/24   Page 3 of 3   Page ID #:157

Dated: April 23, 2024

          **KLEIN THOMAS LEE & FRESARD**

          */s/ Melissa P. Wilner*
          Anthony S. Thomas, Esq.
          Melissa P. Wilner, Esq.
          Attorney for Defendant,
          **FCA US LLC**

**JOINT STIPULATION OF DISMISSAL**