JS-6

**ARIAS SANGUINETTI WANG & TORRIJOS. LLP**
Elise R. Sanguinetti, Esq. (SBN 191389)
elise@aswtlawyers.com  2200 Powell Street, Suite 740
Emeryville, CA 94608
Telephone:   (510) 629-4877
Facsimile:   (510) 291-9742

**PAYNE MITCHELL RAMSEY LAW GROUP**
James L. Mitchell, Esq. (admitted pro hac vice) jim@paynemitchell.com
Andrew S. Bullard, Esq. (admitted pro hac vice) abullard@paynemitchell.com
3500 Maple Avenue, Suite 1250
Dallas, TX 75219
Telephone:   (214) 252-1888
Facsimile:   (214) 252-1889
Attorneys for Plaintiff

**KLEIN THOMAS LEE & FRESARD**
Anthony S. Thomas (SBN 149284)
Tony.Thomas@kleinthomaslaw.com
Melissa P. Wilner (SBN 320550)
Melissa.wilner@kleinthomaslaw.com
1920 Main Street, Suite 230
Irvine, CA 92614
Telephone: (310) 424-4009
Attorney for Defendant,
FCA US LLC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| **KATIE FIERRO,**<br><br>  Plaintiff,<br><br>v.<br><br>**FCA US LLC,**<br><br>  Defendant. | CASE NO.:  5:23-CV-00398-SSS- DTBx<br><br>**AGREED ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT** |

Came on for consideration the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff Katie Fierro ("Plaintiff") and Defendant FCA US LLC ("Defendant") (Plaintiff and Defendant collectively referred to as the "Parties").  Upon consideration of the Joint Stipulation, and noting the

agreement of the parties, the Court ORDERS that all of Plaintiff's claims in this action are DISMISSED WITH PREJUDICE.  As Defendant asserts no counter-claims, this Order disposes of all claims in this action, and therefore constitutes a FINAL JUDGMENT.  Each party shall bear its own costs and expenses.

Signed on this 20th day of May, 2024.

By: _____
Sunshine S. Sykes
U.S. District Judge